IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20899
Conference Calendar
_____

CURTIS MACK LEWIS,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
M. B. THALER, GEORGE R. PIERSON,
R. S. ROBERT, CURTIS D. JOHNSON,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-1225
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Curtis Mack Lewis appeals from the district court's order dismissing his civil rights action as frivolous pursuant to 28 U.S.C. § 1915(d).  He argues that prison personnel were deliberately indifferent to his serious medical needs in prohibiting him from kneeling in line while waiting to obtain his

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

medication.  We have reviewed the record and the district court's opinion and find no reversible error.

On appeal, Lewis can present no legal points arguable on their merits, and the appeal is frivolous.  See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  See 5th Cir. Rule 42.2.  We caution Lewis that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Lewis is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.